**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

---

| | |
|---|---|
| **BILLY ANDREW SPEAGLE, JR.,**           ) | |
| )  | |
| **Plaintiff,**          ) | |
| v.                       ) | **Case No. 10-CV-2040** |
| ) | |
| **C. STEVE FERGUSON, individually and as**     ) | |
| **the States Attorney of Coles County, et al.,**   ) | |
| ) | |
| **Defendants.**          ) | |

### ORDER

A Report and Recommendation (#15) was filed by the Magistrate Judge in the above cause on August 20, 2010. More than fourteen (14) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#15) is accepted by this court.

(2) Defendants' Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) (#10) is GRANTED in part and DENIED in part.

(3) It is GRANTED as to Counts I, VIII, and IX and those counts are dismissed with prejudice. It is also GRANTED as to Count IV. However, because Plaintiff may be able to amend the claim in Count IV to state a claim, Count IV is dismissed without prejudice and Plaintiff is granted leave to file an amended complaint within fourteen (14) days of this ruling.

(4) It is DENIED as to Counts II, III, V, VI, and VII.

(5) This case is referred to the Magistrate Judge for further proceedings.

ENTERED this 16th day of September, 2010.

s/ MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE